UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
MARCO RAMOS and DARIO GALEAS,
individually and on behalf of others similarly
situated,

        CASE NO.: 1:23-cv-00274-JLR

      Plaintiff,

        **NOTICE OF MOTION**

  v.

CJ CONTRACTOR SERVICES, INC.,
a New York corporation, and CARLOS
FREIRE BOMBON, an individual,

      Defendants.
-------------------------------------------------------X

    **PLEASE TAKE NOTICE THAT**, in accordance with Rule 55(b)(2) of the Federal Rules of Civil Procedure 55(b)(2), Civil Rule 55.2 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, and rule 4(G) of this Court's Individual Rules of Practice in Civil Cases, Plaintiff, through his undersigned counsel, moves for default judgement against Defendants CJ Contractor Services Inc., and Carlos Freire Bombon.

    Answering papers, if any, shall be served on the undersigned no later than fourteen days after service of the moving papers in accordance with Local Rule 6.1(b), or at such other time as the Court may direct.

    Dated: March 11, 2024

        Respectfully Submitted,

        **Law Offices of Nolan Klein, P.A.**
        *Attorneys for Plaintiff*
        5550 Glades Road, Suite 500
        Boca Raton, FL 33431
        PH: (954) 745-0588

        By:  */s/ Nolan Klein*
        NOLAN KLEIN, ESQ. (NK4223)
        klein@nklegal.com
        amy@nklegal.com

**TO:**

**CJ CONTRACTOR SERVICES INC.**
**224 Manhattan Avenue**
**Brooklyn, NY 11206**

**CARLOS FREIRE BOMBON**
**224 Manhattan Avenue**
**Brooklyn, NY 11206**

**and**

**CARLOS FREIRE BOMBON**
**105280 88th Street, Apt. 2**
**Ozone Park, NY 11417**