UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MARCO RAMOS and DARIO GALEAS,

                Plaintiffs,                              23 **CIVIL** 274 (JLR)

      -against-                                  **JUDGMENT**

CJ CONTRACTOR SERVICES, INC. and
CARLOS FREIRE BOMBON,

                Defendants.
-------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated August 27, 2024, the R&R advised Plaintiffs and Defendants that they had fourteen and seventeen days, respectively, from service of the R&R to file any objections, and warned that failure to timely file such objections would result in waiver of any right to object. See Dkt. 29 at 17. The R&R also cited Federal Rule of Civil Procedure 72(b) and 28 U.S.C. § 636(b)(1), the under which the parties had fourteen days from the service of the R&R to file written objections. Id. That time has expired, and no objections have been filed. See Dkt. 31 (certificate of service of R&R on Defendants on August 8, 2024). Accordingly, the parties have waived their right to object to the R&R or to obtain appellate review. See Frank v. Johnson, 968 F.2d 298, 300 (2d Cir. 1992); see also Caidor v. Onondaga County, 517 F.3d 601 (2d Cir. 2008). Despite the waiver, the Court has reviewed the R&R for clear error and finds it to be not only free from clear error, but comprehensive and well-reasoned. Therefore, the Court has adopted the Report and Recommendation of Judge Parker in its entirety; accordingly, the case is closed.

**Dated:**  New York, New York
          August 27, 2024

                                                       **DANIEL ORTIZ**
                                                 **Acting Clerk of Court**

                              **BY:**    *K. Mango*
                                                     **Deputy Clerk**